UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DAVID GROGAN,<br>individually and on behalf of a class of all other persons similarly situated,<br><br>and<br><br>JAMES BROOKS, individually,<br><br>        Plaintiffs,<br><br>        v.<br><br>ERIC H. HOLDER, U.S. Attorney General,<br><br>        Defendant. | Civil Action 08-01747  (HHK) |

**ORDER**

Before the court are defendant's motion to dismiss this case for improper venue [#8] and defendant's motion to transfer this case to the Eastern District of Virginia [#9].  Upon consideration of the motions, the opposition thereto, and the record of this case, it is this __ day of May 2009, hereby

**ORDERED** that the motions [## 8, 9] are **DENIED**.


                                                              Henry H. Kennedy, Jr.
                                                              United States District Judge