# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **DAVID GROGAN, HERMAN BREWER, and FAYETTE REID,** *individually and on behalf of a class of all persons similarly situated*, <br><br> **and JAMES BROOKS,** *individually*, <br><br> **Plaintiffs,** <br><br> v. <br><br> **ERIC H. HOLDER, United States Attorney General,** <br><br> **Defendant.** | Civil Action No. 08-1747 (BJR) <br><br> ORDER |

Upon consideration of the parties' joint status report and the oral representations made at the status hearing held on February 22, 2013, the Court ORDERS as follows:

(1)  Plaintiffs' 30(b)(6) Notice is due by March 1, 2013;

(2)  Defendants' renewed Motion for Summary Judgment and their Motion for a Protective Order are due on March 15, 2013;

(3) Plaintiffs' oppositions to the Motion for Summary Judgment and the Motion for a Protective Order are each due on April 5, 2013;

(4) Defendant's responses are due April 12, 2013;

(5) Fact discovery relating to class certification and the claims of individual Plaintiffs shall close on August 22, 2013;

(6) Designation and report of Plaintiffs' experts are due on September 23, 2013;

(7) Designation and report of Defendant's experts are due on October 23, 2013;

(8) Expert discovery shall close on November 22, 2013;

(9) Plaintiffs' motion for class certification is due on January 22, 2014;

(10) Defendant's opposition to class certification and Defendant's Second Motion for Summary Judgment are each due February 24, 2014;

(11) Plaintiffs' reply to Defendant's opposition to class certification and Plaintiff's opposition to Defendant's Second Motion for Summary Judgment are both due March 17, 2014;

(12) Defendant's reply in support of its Second Motion for Summary Judgment is due March 28, 2014.

**SO ORDERED**.


February 22, 2013

_____
BARBARA J. ROTHSTEIN
UNITED STATES DISTRICT JUDGE