EXHIBIT C

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DAVID GROGAN, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> ERIC H. HOLDER, JR., <br> United States Attorney General, <br><br> Defendant. | ) <br> ) <br> ) <br> ) <br> ) <br> ) Civil Action No.: 08-1747 (BJR) <br> ) <br> ) <br> ) <br> ) <br> ) |

## STIPULATION OF DISMISSAL

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff David J. Grogan on his own behalf, but not on behalf of any putative class member or co-plaintiff, stipulates to the dismissal of his claims in this matter, including his claim to act as a class representative, with Plaintiff Grogan and Defendant to each bear their own costs aside from such attorneys' fees as the parties may have expressly agreed upon in writing on or before the date of the execution of this Stipulation.

Dated: May 21, 2013

/s/ Joshua N. Rose
Joshua N. Rose
ROSE LEGAL ADVOCATES, P.C.
1407 Highland Drive
Silver Spring, MD 20910
Tel: (202) 331-8556
Fax: (202) 769-5806
josh@roselawyers.com

Attorney for David Grogan

/s/ Thomas J. Henderson
Thomas J. Henderson, D.C. Bar No. 476854
David Sanford, D.C. Bar No. 457933
Brandon Jamison, D.C. Bar No. 980043
Lauren Seffel, admitted pro hac vice
SANFORD HEISLER LLP
1666 Connecticut Ave., NW, Suite 300
Washington, D.C. 20009
Telephone: (202) 499-5200
Facsimile: (202) 499-5199
Email: thenderson@sanfordheisler.com

Attorneys for Herman Brewer, James Brooks & Fayette Reid

Respectfully submitted,

STUART F. DELERY
Acting Assistant Attorney General

RONALD C. MACHEN
United States Attorney

JUDRY L. SUBAR
Assistant Director
Civil Division

/s/ Bryan R. Diederich
BRYAN R. DIEDERICH (MA BBO # 647632; NY Reg. No. 42161614)
Trial Attorney
GALEN N. THORP (VA Bar # 75517)
Trial Attorney
JOSEPH W. MEAD (MI Bar # 71528)
Trial Attorney
United States Department of Justice
Civil Division, Federal Programs Branch
P.O. Box 883, Room 7330
Washington, D.C. 20530
Tel: (202) 305-0198
Fax: (202) 616-8470
E-mail: bryan.diederich@usdoj.gov

Attorneys for Defendant

4